**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID NGUYEN (1), and**<br>**KAVIN PATEL (2),**<br><br>Defendants. | **INDICTMENT**<br>**SA16CR879FB**<br><br>[Vio: Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C); 18 U.S.C. § 2] |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 USC §§ 841(a)(1) & 841(b)(1)(C) and 18 USC § 2]

That on or about November 10, 2016, in the Western District of Texas, Defendants,

**DAVID NGUYEN (1), and**
**KAVIN PATEL (2),**

aided and abetted by each other, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL,

███████████████
FOREPERSON

RICHARD L. DURBIN, Jr.
United States Attorney

*/s/ Karen Norris*
KAREN NORRIS
Assistant United States Attorney